# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

**ALONZO ELLIS**

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:07mj230/EMT

waived
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) One of the Information

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 7 & 13 and FSS 322.34 | Driving With Suspended License With Knowledge | 4/27/07 | One |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 150.00 | $ 10.00 | $ 0.00 |

Date of Imposition of Sentence - 10/17/07

_Elizabeth M. Timothy_
Elizabeth M. Timothy
UNITED STATES MAGISTRATE JUDGE

Date: 10-18-07

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

07 OCT 18 PM 1:37

FILED